**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER GUSTAVO GESUALDO,

Defendant.

Civil No. 02-293(1) JRT/FLN

**ORDER**

---

William H. Koch, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

John S. Hughes, HUGHES LAW OFFICE, 247 Third Avenue South, Minneapolis, MN 55415, for defendant.

Defendant filed a motion for reconsideration of his sentence based on 18 § U.S.C. 3582(c): Modification of an Imposed Term of Imprisonment. On September 10, 2003 the Court sentenced defendant to a term of 77 months. After determining the defendant's sentence, the Court recommended participation in the 500-hour residential drug treatment program. The Court stated that defendant might receive credit in the form of a sentence reduction if he successfully completed the program. This comment was not meant to reduce defendant's sentence or "…to bring his sentence inline with that of the actual bank robber, Joseph Waterman." (Def's motion for reconsideration of sentence.) The 77-month sentence that the defendant received is an appropriate sentence and one that the Court had intended for the defendant. Defendant received a significant reduction in his sentence for his

cooperation. The Court will deny defendant's motion based on the fact that the Court is without authority to reduce the defendant's sentence based on 18 § U.S.C. 3582(c) as that statutory provision requires a motion from the Director of the Bureau of Prisons. The sentence that defendant received is appropriate.

Based on the foregoing, and all of the records, files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for reconsideration of his sentence [Docket No. 89] is **DENIED**.

Dated: December 20, 2004
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge