PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JUN 1 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Peter Gustavo Gesualdo**

**Docket No. 0:02CR00293-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Peter Gustavo Gesualdo** who was sentenced for Bank Robbery on September 10, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; financial disclosure; provide DNA; psychological/psychiatric counseling/treatment; take prescribed medication; and no new credit.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> Mandatory Condition: The defendant shall refrain from any unlawful use of controlled substances.

The defendant submitted to a urinalysis on May 28, 2008, which tested positive for cocaine. The defendant admitted he had used cocaine. On May 31, 2008, the defendant submitted a urinalysis which tested positive for cocaine. The defendant denied use of cocaine. This sample was submitted to Kroll for further analysis and confirmed a positive result for cocaine. A third urinalysis was conducted on June 3, 2008, and tested positive for cocaine. The defendant admitted using cocaine between May 31, 2008, and June 1, 2008.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall participate for a period of 120 days in a home detention program which may include Global Positioning System technology. The defendant shall be responsible for costs of $2.00 per day.

SCANNED
JUN 16 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 13th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364

Executed on June 12, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission