Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Peter Gustavo Gesualdo

Docket No. 0:02CR00293-001

**HEARING WAIVER**

I, Peter Gustavo Gesualdo, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 120 days in a home detention program which may include Global Positioning System technology. The defendant shall be responsible for the costs up to $2.00 per day.

Signed: ______________________ Witness: ______________________

Peter Gustavo Gesualdo

Dated: 6-9-08