PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Peter Gustavo Gesualdo**

**Docket No. 0:02CR00293-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Peter Gustavo Gesualdo** who was sentenced for Aiding and Abetting Bank Robbery and Aiding and Abetting Attempted Bank Robbery on September 10, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; financial disclosure; provide DNA; psychological/psychiatric counseling/treatment; take prescribed medication; pay restitution of $13,931.97; and no new credit.

120 Days Community Confinement (modified June 13, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mandatory Condition: The defendant shall refrain from any unlawful use of controlled substances.

The defendant submitted to a urinalysis on June 7, 2008, which tested positive for cocaine. The sample was submitted to Kroll for further analysis and confirmed a positive result for cocaine. The defendant initially denied use of cocaine, but on July 10, 2008, he admitted to use of cocaine.

SCANNED
JUL 23 2008
U.S. DISTRICT COURT MPLS

ISSUED Summ 7/23

PRAYING THAT THE COURT WILL ORDER that a summons be issued and the defendant be brought back before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 21st day of July, 2008, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364

Executed on July 15, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission