**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Janie S. Mayeron |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-293 (1) JRT/FLN |
| | ) | Date: August 5, 2008 |
| Peter Gustavo Gesualdo, | ) | Court Reporter: None |
| | ) | Tape Number: 254/1-1435 |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | | Time Concluded: 1:50 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Andrea George

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: July 23, 2008 Offense: Positive ua

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

☒ Defendant released on same conditions.

Next appearance date is August 21, 2008 at 2:30 p.m. before U.S. Judge John R. Tunheim for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation

Additional Information:

s/Joan Flood
Criminal Duty Clerk