PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Peter Gustavo Gesualdo**

**Docket No. 0:02CR00293-001(JRT)**

**AMENDED Petition on Supervised Release**

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Peter Gustavo Gesualdo** who was sentenced for Aiding and Abetting Bank Robbery and Aiding and Abetting Attempted Bank Robbery on September 10, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; financial disclosure; provide DNA; psychological/psychiatric counseling/treatment; take prescribed medication; pay restitution of $13,931.97; and no new credit.

120 Days Community Confinement (modified June 13, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mandatory Condition: The defendant shall refrain from any unlawful use of controlled substances.

The defendant submitted to a urinalysis on June 7, 2008, which tested positive for cocaine. The sample was submitted to Kroll for further analysis and confirmed a positive result for cocaine. The defendant initially denied use of cocaine, but on July 10, 2008, he admitted to use of cocaine.

**Additional Violations:**

**SPECIAL CONDITION ADDED ON JUNE 13, 2008: The defendant shall participate for a period of 120 days in a home detention program which may include Global Positioning System Technology. The defendant shall be responsible for costs of $2.00 per day.**

**MANDATORY CONDITION: The defendant shall refrain from any unlawful use of controlled substances.**

**SPECIAL CONDITION D: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.**

SCANNED
AUG 14 2008
U.S. DISTRICT COURT MPLS

**The defendant was placed on home detention including Global Positioning System Technology on June 19, 2008, at which time the rules of home detention were reviewed, signed, and a copy was provided to Mr. Gesualdo. These rules included abstinence from alcohol and drugs. On August 8, 2008, Mr. Gesualdo tested positive for alcohol at .024 blood alcohol concentration. He admitted consuming one beer. On that same date, the defendant tested positive for cocaine. The sample has been submitted to the laboratory for confirmation. The defendant admitted to using cocaine on approximately July 29, 2008. On August 11, 2008, Mr. Gesualdo provided a urinalysis which tested positive for cocaine. He admitted to using cocaine on August 9, 2008.**

PRAYING THAT THE COURT WILL ORDER that **the Petition on Supervised release dated July 15, 2008, be amended to include the additional violations as noted above.**

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 12th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364

Executed on August 12, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission