**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Peter Gustavo Gesualdo, Defendant. | ) | |

| | |
|---|---|
| Case No: | 02-293 (JRT/FLN) |
| Date: | August 22, 2008 |
| Court Reporter: | Kristine Mousseau |
| Tape Number: | |
| Time Commenced: | 11:20 am |
| Time Concluded: | 11:35 am |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: LeaAnn Bell, Assistant U.S. Attorney
Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release hearing held**.

Supervision is not revoked. This matter is continued for up to six months to allow defendant to go through treatment. If there is a drug violation during this time, supervision will be revoked and a sentenced will be imposed at that time.

## ORDERED:

☒ Defendant released on same terms and conditions of supervised release plus the following additional condition:
The defendant shall maintain a residence free of alcoholic beverages.
☒ Supervised Release continued.
☒ Written order to be issued.

s/ Holly A. Morley
Calendar Clerk