**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER GUSTAVO GESUALDO,

Defendant.

Criminal No. 02-293(1) (JRT/FLN)

**ORDER**

---

LeeAnn Bell, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrea George, Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a final revocation hearing on August 22, 2008 during which the Court decided not to revoke supervision, but will continue the matter for up to 6 months to allow the defendant to go through treatment. Probation is directed to file a petition if any violations of release occur.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special condition:

1- The defendant shall maintain a residence free of alcoholic beverages.

All other previous conditions of supervision shall remain in place through the end of defendant's term of supervision.

DATED: August 29, 2008
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge